UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

      v.                                                            06-CR-269-A

MICHAEL STANTON,

      Defendant.

In Re:
1999 Jeep Grand Cherokee
VIN: 1J4GW58N6XC803411
_____

## **FINAL ORDER OF FORFEITURE**

     WHEREAS, on March 30, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, based upon the Plea Agreement entered into between the defendant, Michael Stanton, and the government forfeiting one 1999 Jeep Grand Cherokee, VIN: 1J4GW58N6XC803411, to the United States,

    AND WHEREAS, on April 9, 16, and 23, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all known third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, since the final publication date for this action was April 23, 2007, and more than 30 days have elapsed, and no persons or entities have filed a petition with the Court seeking a hearing to adjudicate the validity of any interest in the property;

NOW THEREFORE, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in one 1999 Jeep Grand Cherokee, VIN: 1J4GW58N6XC803411, is hereby condemned, forfeited and vested in the United States of America, and it is further

ORDERED, that any right, title, interest, or claim that Michael Stanton and/or any other party or entity may have had with respect to the aforementioned property, is hereby and forever discharged, extinguished and barred; and the United States Customs and Border Protection shall dispose of the property in accordance with law, and further,

ORDERED, that this Court shall retain jurisdiction to resolve any disputes that may arise and shall give full force and effect to this pleading.

SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: June 18, 2007